

Order Filed on October 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 22-17191-CMG |
| | Chapter: | 7 Involuntary |
| Exit Strategy Reos, LLC | Hearing Date: | 11/8/22 |
| | Judge: | Christine M. Gravelle |

# ORDER TO SHOW CAUSE
## FOR LACK OF PROSECUTION IN AN INVOLUNTARY CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 13, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having noted the inactivity in this case, it is hereby

ORDERED that the petitioning creditor(s) shall appear before the Honorable __Christine M. Gravelle__ on __November 8, 2022__ at __10:00 am__ in Courtroom number __3__, __USBC 402 East State Street Trenton NJ 08608__, to show cause why this case should not be dismissed for lack of prosecution.

*Rev. April 2019*